PROB 12B
(7/93)

Report Date: September 30, 2010

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 01 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Louie Mahoney            Case Number: 2:05CR02099-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 7/27/2010        Type of Supervision: Probation

Original Offense: RICO Conspiracy, 18 U.S.C. § 1962(d)        Date Supervision Commenced: July 27, 2010

Original Sentence: Probation - 24 Months        Date Supervision Expires: July 26, 2012

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall participate in a program of substance abuse testing as directed by the probation officer and contribute to the costs of testing.

20   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

21   You shall not frequent any establishments which primarily serve alcoholic beverages.

22   You shall complete 50 hours of community service work, within the next 12 months, at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full, no later than September 29, 2011.

### CAUSE

Mr. Mahoney was observed by a police officer, as his truck crossed the double yellow line and was observed swerving in its lane. The officer stopped Mr. Mahoney and made contact with him. Mr. Mahoney's speech was slurred and he admitted to drinking six beers. The officer had the defendant perform several field sobriety tests, which he failed. He was arrested and taken to the Benewah County Jail. While at the facility, Mr. Mahoney provided two breath tests resulting in .187 and .174 respectively.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/30/2010

s/Stephen Krous

U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Oct. 1, 2010

Date